IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REAL LIVING REAL ESTATE, LLC formerly known as GMAC REAL ESTATE, LLC, </br></br>　　　　　Petitioner,</br></br>　v.</br></br>ALLEGIANT, LLC d/b/a ALLEGIANT REALTY GMAC REAL ESTATE, ANDREW J. SKUBITZ, and BETTY M. SKUBITZ,</br></br>　　　　　Respondents. | Judge Robert W. Gettleman</br></br>Case No. 12-CV-00965 |

**MOTION FOR CONFIRMATION AND ENTRY OF JUDGMENT**

Petitioner and Claimant in the underlying arbitration REAL LIVING REAL ESTATE, LLC formerly known as GMAC Real Estate, LLC ("GMAC"), by its undersigned attorney, respectfully moves this Court to confirm the October 12, 2011 arbitration award of Paul Bernstein ("the Award") and enter judgment on behalf of GMAC pursuant to the Federal Arbitration Act ("the FAA"), § 9 and § 13. In support of its motion, GMAC relies on all matters of record and further states as follows:

　　1.　Following an arbitration hearing in Chicago, Illinois, an arbitration award was issued on October 12, 2011 in favor of GMAC and against the Respondents, by Arbitrator Paul Bernstein in American Arbitration Association Case No. 51 115 01212 08. GMAC filed a Petition to Confirm Arbitration Award and Enter Judgment on February 10, 2012 (Doc. 1).

　　2.　None of the Respondents are residents of Illinois. Accordingly, on February 15, 2012, Petitioner filed a motion, pursuant to Section 9 of the FAA, to direct the U.S. Marshal to serve each Respondent with Petitioner's Petition to Confirm Arbitration Award and Enter Judgment and Summons (Doc. 6), and the Court granted the motion (Doc. 9). The U.S. Marshal

personally served each Respondent on March 14, 2012, by delivering the Summons and Petition to counsel for Respondents, Boyd W. Howard, 727 N. Waco Street, Suite 165, Wichita, Kansas. (Docs. 10, 11, and 12.)

3. The Petition establishes that all the prerequisites for an order to confirm the Award and, adjusting for prejudgment interest commencing ten days from and after the October 12, 2011, date of the award at 12% per annum, as set forth below:

| Description | Date | Amount |
| --- | --- | --- |
| Arbitration Amount Due from **Andrew and Betty Skubitz** | October 12, 2011 to October 22, 2011 | $286,312.18 |
| Prejudgment Interest (12% from 10/22/2011 to 4/17/2012) | April 17, 2012 | $16,755.15 |
| Total | | $303,067.33 |

| Description | Date | Amount |
| --- | --- | --- |
| Amount Due from **ALLEGIANT, LLC** | October 12, 2011 to October 22, 2011 | $519,425.89 |
| Prejudgment Interest (12% from 10/22/2011 to 4/17/2012) | April 17, 2012 | $30,397.09 |
| Total | | $549,822.98 |

4. The sum awarded to GMAC from ANDREW SKUBITZ and BETTY SKUBITZ is included in the award to GMAC from ALLEGIANT, LLC and is subject to a dollar for dollar deduction to the extent such amounts are paid by Allegiant.

5. The Award further provides that "Respondent shall pay to Claimant [GMAC] the sum of $2300, representing that potion of [administrative fees and expenses] in excess of the apportioned costs previously incurred by Claimant [GMAC]."

6. GMAC entitled to and seeks post-judgment interest as provided for by 28 U.S.C. § 1961 for any time period between the entry of final judgment and the date upon which GMAC receives payment.

7. A copy of the proposed order is attached hereto and will be submitted electronically using the Court's e-mail address for proposed orders, with the appropriate post-judgment interest rate for the week ending April 6, 2012 in accordance with 28 U.S.C. 1961.

8. All of the papers, required to be filed under Section 13 of the FAA,[1] have been filed as follows:

- A copy of the agreement to arbitrate (Petition Ex. 1, Doc 1-2);
- A copy of the October 12, 2011 Award of Paul Bernstein (Petition Ex. 4, Doc 1-5);
- Notice regarding time of the making of the Award (Petition Ex. 6, Doc. 1-7);
- Rules regarding the time to make the award (Petition Ex. 7, Doc. 1-8);
- Notice of the petition and summons to respondents by proof of service by the United States Marshall in accordance with 9 U.S.C. § 9 (Docs. 10, 11, and 12).

WHEREFORE, Petitioner REAL LIVING REAL ESTATE, LLC formerly known as GMAC REAL ESTATE, LLC respectfully requests this Court confirm the October 12, 2011, Arbitration Award of Paul Bernstein and enter judgment against all Respondents.

April 10, 2012                                  Respectfully submitted,

                                                By:   /s/ *Paul J. Ripp*
                                                One of the Attorneys for Petitioner

Eric R. Lifvendahl (ARDC 6211539)
erl@willmont.com
Paul J. Ripp (ARDC 6281001)
pjr@willmont.com
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Petitioner
233 South Wacker Drive, Suite 6100
Chicago, IL 60606
Phone: (312) 443-3200 / Fax: (312) 630-8530

---

[1] Section 13 of the FAA provides for the filing of the following papers: a) The agreement; the selection or appointment, if any, of an additional arbitrator or umpire; and each written extension of the time, if any, within which to make the award. (b) The award. (c) Each notice, affidavit, or other paper used upon an application to confirm, modify, or correct the award, and a copy of each order of the court upon such an application.

## **CERTIFICATE OF SERVICE**

I, Paul J. Ripp, an attorney, hereby certify that I electronically filed the foregoing **Motion for Confirmation and Entry of Judgment**, using the Court's CM/ECF electronic filing system, and served these documents on Defendants, in care of their counsel, Boyd W. Howard, at the name and addresses listed below, by email and via overnight mail from the offices of Williams Montgomery & John, Ltd., 233 South Wacker Drive, Suite 6100, Chicago, Illinois 60606, on April 10, 2012.

                                                                                                             */s/ Paul J. Ripp*

**Service List:**

Allegiant, LLC
c/o Boyd W. Howard
727 N. Waco St., Suite 165
Wichita, KS 67203
Phone: 316 263-5267
Fax: 316 267-4331
bwhoward@prodigy.net

Betty Skubitz
c/o Boyd W. Howard
727 N. Waco St., Suite 165
Wichita, KS 67203
Phone: 316 263-5267
Fax: 316 267-4331
bwhoward@prodigy.net

Andrew Skubitz
c/o Boyd W. Howard
727 N. Waco St., Suite 165
Wichita, KS 67203
Phone: 316 263-5267
Fax: 316 267-4331
bwhoward@prodigy.net

DocID#1045091